IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | No. CR 13-3684-KG |
| ) | |
| vs. ) | |
| ) | |
| MIGUEL RENTERIA-RABELO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on Defendant's Unopposed Motion to Extend Time Limits to File Motions.   There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the deadlines are continued until further notice of the court so that the parties can continue to explore plea options and the Defendant can adequately investigate and prepare the case for trial. In granting the Defendant's motion, the Court finds that the ends of justice served by allowing this extension outweigh the best interest of the public and the Defendant in the current deadline.   The bases for this Court's finding include, but are not limited to, the recent appointment of new counsel for the Defendant and his new counsel needing additional time to investigate the case for the necessity of any motions and exhaust all plea possibilities.

_____
UNITED STATES DISTRICT JUDGE